IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KEVIN JONES | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-180 |
| LORIE DAVIS, *et al.*, | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Kevin Jones, an inmate confined at the Polunsky Unit with the Texas Department of Criminal Justice, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Lorie Davis, Warden M. Butcher, L. Montgomery, FNU Julye and FNU Greddes.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this civil action be dismissed pursuant to 28 U.S.C. § 1915(g).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 2 day of **June, 2020.**

_____
Thad Heartfield
United States District Judge

---

[1] Plaintiff amended his complaint on May 15, 2020 (docket entry nos. 3 & 4). The Amended Complaint has no bearing on the § 1915(g) analysis.